IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZURAB BUZIASHVILI, | : | Civil No. 3:21-cv-776 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 23rd day of September, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. Petitioner's pending motion (Doc. 2) for joinder is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge